■ In the Matter of the Arbitration between STANLEY L. COHEN, Appellant, and S:DNEY G. SPERO, Respondent.— Order, dated July 12, 1960, denying petitioner's application for a stay of the arbitration proceedings, unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

■ JACOB FARBER, Respondent, v. J. CHEIN & COMPANY, Appellant.— Order, dated May 12, 1959, granting plaintiff-respondent's motion to relieve him from the order of preclusion of the Supreme Court, New York County, dated November 7, 1956, unanimously affirmed, with $20 costs and disbursements to respondent. No opinion. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ. [13 Misc 2d 158.]

■ WILLIAM FRIEDLAND, Appellant, v. 601 WEST 149TH STREET, INC., et al., Respondents, et al., Defendant.— Order dated July 6, 1960 denying, in part, a motion to examine defendants before trial and limiting the examination, unanimously modified, in the exercise of discretion, to the extent of granting the motion additionally as to items 4, 12 and 13, and otherwise affirmed, with $20 costs and disbursements to appellant. Under the circumstances, Special Term properly restricted the examination to items relating to the claims of plaintiff in his individual capacity. However, it appears that items 4, 12 and 13 do relate to the individual causes of action and should not have been eliminated. Settle order on notice fixing dates for examination to proceed. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

■ INTERNATIONAL TERMINAL OPERATING CO., INC., Respondent, v. SYLVIA MILLER et al., Defendants, and LANCASHIRE SHIPPING CO., LTD., Intervenor-Appellant.— Order, dated June 25, 1959, as denies intervenor-appellant's motion to interpose or assert either of the counterclaims contained in its proposed answer, unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

■ SAMUEL CHASE, as Administrator of the Estate of ANNA CHASE, Deceased, et al., Respondents, v. NEW YORK CITY TRANSIT AUTHORITY, Appellant.— Order, dated December 11, 1957, granting plaintiffs' motion, pursuant to subdivision 6 of section 50-e of the General Municipal Law unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

■ SEMINOLE OIL & GAS CORPORATION, Respondent, v. HARRY D. MENCHER, Appellant, et al., Defendants.— Order, dated November 4, 1959, denying defendant-appellant's motion to vacate plaintiff's notice of examination before trial, dated July 29, 1959, unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Order, dated November 4, 1959, denying defendant-appellant's motion to vacate plaintiff's notice of examination before trial, dated August 26, 1959, unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Order, dated November 4, 1959, granting plaintiff-respondent's motion to vacate defendant-appellant's demand for a bill of particulars, dated August 26, 1959, unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Order, dated November 4, 1959, granting plaintiff-respondent's motion to vacate defendant-appellant's notice of examination, dated September 21, 1959, unanimously affirmed, with $20 costs and disbursements to respondent. Defendant-appellant may, of course, serve a new notice to examine plaintiff before trial at the conclusion of the examinations by plaintiff of defendants. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.